In the Matter of the Application of SILVIO A. LANZA, Appellant, for an Order of Mandamus against GEORGE J. RYAN, as President, SAMUEL STERN, Vice-president, and Others, as Members of the Board of Education of the City of New York; HENRY LEVY, Chairman, EDWARD S. CANNING, Secretary, and Others, as Members of the Board of Examiners of the Board of Education of the City of New York and Board of Superintendents; WILLIAM J. O'SHEA, Superintendent of Schools, Chairman, Respondents.— Motion for reargument denied. [See *ante*, p. 1086.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

## (August 29, 1940.)

In the Matter of the Application of JULE L. MAISEL, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and the COUNTY BOARD OF CANVASSERS OF THE COUNTY OF KINGS, JOSEPH REICH, Rival Candidate, and FRANCIS J. SINNOTT, County Clerk, Kings County, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of HENRY J. HEWITT and the CORN EXCHANGE BANK TRUST COMPANY, as Executors of and Trustees under the Last Will and Testament of HARRY B. PEACE, Deceased. H. WARD PEACE, Appellant; HAZEL HEWITT BURTT and HARVEY WARD HEWITT, Ancillary Executors of the Last Will and Testament of HENRY J. HEWITT, Deceased, and Others, Respondents.— Motion referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. Motion to resettle order granted and order resettled as indicated in order signed. [See *ante*, p. 838.] Present — Lazansky, P. J., Johnston, Adel and Close, JJ.; Carswell, J., not voting

ANNIE SCHELINSKI, Also Known as ANNA SCHALINSKE, Appellant, v. CLIFFORD C. EVANS and DOROTHY EVANS, Respondents.— Motion for reargument and for other relief denied, without costs. [See *ante*, p. 1052.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

ARTHUR F. SIMONSON, Respondent, v. RUSSELL ROSENBERG and MILTON MORRIS ROSENBERG, Sued as MORRIS ROSENBERG, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MAURICE USLAN and ALICE USLAN, Respondents, v. WILLIAM WORONOFF, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Appellant's time to answer is extended until five days after the entry of the order hereon. [See *ante*, p. 1093.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

SAMUEL ZIRN, Respondent, v. CLIFTON N. BRADLEY, and Others, Copartners Doing Business under the Firm Name of CARRET, GAMMONS & Co., Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.